Philadelphia National Bank *v.* New Ideas Enterprises, Inc., Appellant.

Argued January 17, 1967. Before MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Leonard B. Gordon,* with him *Polis and Polis,* for appellant.

*Bernard M. Borish,* with him *Samuel A. Goldberg,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

*Richard P. Brown, Jr.,* with him *Howard H. Rapp,* and *Morgan, Lewis & Bockius,* for appellee.

OPINION PER CURIAM, March 14, 1967:

This is an appeal from an order refusing to set aside a sheriff's sale of real estate. A petition to set aside such a sale is addressed to the sound discretion of the court below and its decision will not be reversed on appeal, unless there is a gross abuse of that discretion. See *Capozzi v. Antonoplos,* 414 Pa. 565, 201 A. 2d 420 (1964). We find no abuse of discretion in this case.

Order affirmed.